UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
OCT 26 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

| | |
|---|---|
| Decade Industries, Inc., d/b/a Sanus Systems, Plaintiff, vs. Wood Technology, Inc. Defendant. | Civil Action No. 99-CV-1652<br>Judge David S. Doty<br>United States Judge<br>**STIPULATION TO CONSOLIDATE ACTIONS AND TO MODIFY SCHEDULING ORDER** |
| Wood Technology, Inc. Plaintiff, vs. Decade Industries, Inc. d/b/a Sanus Systems Defendant. | Civil Action No. 00-CV-2309 |

**WHEREAS:**

1. The case of Decade Industries, Inc. d/b/a Sanus Systems v. Wood Technology, Inc., Civil Action No. 99-CV-1652, which was filed on October 28, 1999, involves the alleged infringement of U. S. Patent Des. 405, 988.

2. The case of Wood Technology, Inc. v. Decade Industries, Inc. d/b/a Sanus Systems, Civil Action No. 00-CV-2309, which was filed on October 13, 2000, is an action wherein the plaintiff seeks a declaratory judgment that a new product does not infringe U.S. Patent Des. 405, 988.

3. Both of the above actions involve common questions of law and fact.

10-30-00

4. The parties need additional time to conduct discovery in the second action.

**WHEREFORE:**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, acting through their authorized attorneys of record, that:

1. The above-captioned actions involve common questions of law and fact and may be consolidated for all purposes, pursuant to Federal Rule of Civil Procedure 42.

2. In light of the new action, Wood Technology, Inc. v. Decatle Industries, Inc. d/b/a Sanus Systems, which was filed on October 13, 2000, the parties need an additional three months to conduct discovery.

3. The dates set in the Scheduling Order entered by the Court shall be amended as follows:

(a) The parties' expert disclosures shall be made on or before February 1, 2000.

(b) To the extent any party intends to call any expert witnesses to rebut the disclosures made in paragraph (a) herein, the party shall make its rebutta expert disclosures no later than March 1, 2001.

(c) To the extent any party intends to call any expert witnesses to rebut the responsive expert reports made in paragraph (c) herein, the party shall make its rebuttal expert disclosures no later than April 1, 2001

(d) All non-expert discovery shall be commenced in time to be completed by March 1, 2001.

(e) All discovery of any kind shall be commenced in time to be completed by May 1, 2000.

(f) All non-dispositive motions shall be served and filed by May 5, 2001.

(g) All dispositive motions shall be served and filed by the parties by June 1, 2001.

(h) The case shall be ready for trial not later then September 1, 2001.

DATED: October 25, 2000

**FAEGRE & BENSON LLP**

By ______________________
David J. F. Gross (#208772)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Attorneys for Defendant

DATE: October 25, 2000

**KINNEY & LANGE**

By ______________________
David R. Fairbairn (No. 28,125)
Michael Pape (#26,989X)
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002

Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: October 30 2000

______________________
United States Judge-David S. Doty

M2:20339243.04