UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Decade Industries,

v. Civil No. 99-1652(DSD/SRN)

Wood Technology, Inc..

---

Wood Technology, Inc.,

v. Civil No. 00-2309(DWF/AJB)

Decade Industries, Inc.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 99-1652(DSD/SRN) having been assigned to Judge David S. Doty and Case No. 00-2309(DWF/AJB) having later been assigned to Judge Donovan W. Frank, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-2309(DWF/AJB) be assigned to Judge Doty, nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order dated May 28, 1998,

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: Oct. 30, 2000

David S. Doty, Judge
United States District Court

Dated: Nov 1, 2000

Donovan W. Frank, Judge
United States District Court

6

FILED NOV - 1 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

**Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge David S. Doty and Magistrate Susan R. Nelson.**

**THE CASE NUMBER REMAINS THE SAME**

**00-2309 DSD/SRN**