**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Decade Industries, Inc., d/b/a Sanus Systems, Plaintiff, vs. Wood Technology, Inc. Defendant. | Civil Action No. 99-CV-1652 (DSD/SRN) Judge David S. Doty Magistrate Judge Susan Richard Nelson **STIPULATION TO MODIFY SCHEDULING ORDER** and ORDER |
| Wood Technology, Inc. Plaintiff, vs. Decade Industries, Inc. d/b/a Sanus Systems Defendant. | Civil Action No. 00-CV-2309 |

**WHEREAS:**

1. The case of Decade Industries, Inc. d/b/a Sanus Systems v. Wood Technology, Inc., Civil Action No. 99-CV-1652, which involves the alleged infringement of U. S. Patent Des. 405, 988, and the case of Wood Technology, Inc. v. Decade Industries, Inc. d/b/a Sanus Systems, Civil Action No. 00-CV-2309, which is an action wherein Wood Technology, Inc. seeks a declaratory judgment that a new product does not infringe U.S. Patent Des. 405, 988, were consolidated by this Court on October 30, 2000.

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Now pending before this Court in the above actions are Decade Industries, Inc.'s Motion to Show Cause for Contempt of the Court's Preliminary Injunction Order by Wood Technology, Inc. and Wood Technology, Inc.'s Motion for Summary Judgment of Non-Infringement. The hearing for both motions is set for February 2, 2001.

3. In light of the pending motions, the resolution of which may substantially impact the character of the cases and perhaps obviate the need to proceed with certain discovery, the parties desire to modify the scheduling order, so as to allow time to resolve these motions before proceeding.

**WHEREFORE:**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, acting through their authorized attorneys of record, that:

1. The dates set in the Scheduling Order entered by the Court shall be amended as follows:

(a) The parties' expert disclosures shall be made on or before April 1, 2001.

(b) To the extent any party intends to call any expert witnesses to rebut the disclosures made in paragraph (a) herein, the party shall make its rebuttal expert disclosures no later than May 1, 2001.

(c) To the extent any party intends to call any expert witnesses to rebut the responsive expert reports made in paragraph (c) herein, the party shall make its rebuttal expert disclosures no later than June 1, 2001

(d) All non-expert discovery shall be commenced in time to be completed by May 1, 2001.

(e) All discovery of any kind shall be commenced in time to be completed by July 1, 2000.

(f) All non-dispositive motions shall be served and filed by July 5, 2001.

(g) All dispositive motions shall be served and filed by the parties by August 1, 2001.

(h) The case shall be ready for trial not later then November 1, 2001.

DATED: January 23, 2001

**FAEGRE & BENSON LLP**

By Lisa Converse

David J. F. Gross (#208772)
Lisa Converse (#30136X)
Amy M. Gernon (#0303239)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Attorneys for Defendant

DATE: January 23, 2001

**KINNEY & LANGE**

By Michael Pape

David R. Fairbairn (No. 28,125)
Michael Pape (#26,989X)
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002

Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: January 24, 2001

Susan Richard Nelson
Magistrate Judge Susan Richard Nelson

M2:20339243.05