IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Decade Industries, Inc., d/b/a Sanus Systems<br><br>Plaintiff,<br><br>v.<br><br>Wood Technology, Inc.<br><br>Defendant. | Civil Action No. 99-CV-1652<br><br>Judge David S. Doty<br>Magistrate Judge Susan Richard Nelson<br><br>**SECOND STIPULATION TO MODIFY SCHEDULING ORDER**<br>and ORDER |
| Wood Technology, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Decade Industries, Inc. d/b/a Sanus Systems<br><br>Defendant. | Civil Action No. 00-CV-2309 |

**WHEREAS:**

1. The case of Decade Industries, Inc. d/b/a Sanus Systems v. Wood Technology, Inc., Civil Action No. 99-CV-1652, which involves the alleged infringement of U.S. Patent Des. 405,988, and the case of Wood Technology, Inc. v. Decade Industries, Inc. d/b/a Sanus Systems, Civil Action No. 00-CV-2309, which is an action wherein Wood Technology, Inc. seeks a declaratory judgment that a new product does not infringe U.S. Patent Des. 405,988, were consolidated by this Court on October 30, 2000.

FILED APR 0 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

2. Now pending before this Court in the above actions are Decade Industries, Inc.'s Motion to Show Cause for Contempt of the Court's Preliminary Injunction Order by Wood Technology, Inc. and Wood Technology, Inc.'s Motion for Summary Judgment of Non-Infringement. The hearing was held on February 2, 2001.

3. In light of the pending motions, the resolution of which may substantially impact the character of the cases and perhaps obviate the need to proceed with certain discovery, the parties desire to modify the scheduling order, so as to allow time to resolve these motions before proceeding.

**WHEREFORE:**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, acting through their authorized attorneys of record, that:

1. The dates set in the Scheduling Order entered by the Court shall be amended as follows:

(a) The parties' expert disclosures shall be made on or before May 1, 2001.

(b) To the extent any party intends to call any expert witnesses to rebut the disclosures made in paragraph (a) herein, the party shall make its rebuttal expert disclosures no later than May 31, 2001.

(c) To the extent any party intends to call any expert witnesses to rebut the responsive expert reports made in paragraph (b) herein, the party shall make its rebuttal expert disclosures no later than July 1, 2001.

(d) All non-expert discovery shall be commenced in time to be completed by May 31, 2001.

(e) All discovery of any kind shall be commenced in time to be completed by July 31, 2001.

(f) All non-dispositive motions shall be served and filed by August 4, 2001.

(g) All dispositive motions shall be served and filed by the parties by August 31, 2001.

(h) the case shall be ready for trial not later than ~~December~~ November 1, 2001.

**KINNEY & LANGE, P.A.**

Date: 3/27, 2001

By [signature]

David R. Fairbairn (No. 28,125)
Michael Pape (#26,989X)
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002

Attorneys for Plaintiff

**FAEGRE & BENSON LLP**

Date: 3/28, 2001

By [signature: Lisa Converse]

David J. F. Gross (#208772)
Lisa Converse (#30136X)
Amy M. Gernon (#0303239)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Attorneys for Defendant

(e) All discovery of any kind shall be commenced in time to be completed by July 31, 2001.

(f) All non-dispositive motions shall be served and filed by August 4, 2001.

(g) All dispositive motions shall be served and filed by the parties by August 31, 2001.

(h) the case shall be ready for trial not later than ~~December~~ November 1, 2001.

**KINNEY & LANGE, P.A.**

Date: 3/27, 2001

By [signature]

David R. Fairbairn (No. 28,125)
Michael Pape (#26,989X)
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002

Attorneys for Plaintiff

**FAEGRE & BENSON LLP**

Date: 3/29, 2001

By Lisa Converse (also signed on 3/28/01)

David J. F. Gross (#208772)
Lisa Converse (#30136X)
Amy M. Gernon (#0303239)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Date: April 3, 2001

Susan Richard Nelson
Magistrate Judge Susan Richard Nelson

Note: No change to trial ready date
No further extensions shall be granted