# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wood Technology, Inc.

Case No. Civil 00-2309 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Decade Industries, Inc. d/b/a
Sanus Systems

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Judgment is hereby entered in this declaratory judgment action pursuant to denial of the motion of Wood Technology, Inc. for summary judgment of non-infringement with respect to the MS4.1 design.

DATE: May 15, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

21