# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wood Technology, Inc.,

v.

Decade Industries, Inc. d/b/a
Sanus Systems,

Case No. Civil 00-2309 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Summary Judgment is hereby entered in favor of Sanus Systems, Inc. on Count I of its counterclaim of infringement in this declaratory action.

DATE: June 25, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

36