**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Decade Industries, Inc., d/b/a Sanus Systems, Plaintiff, vs. Wood Technology, Inc. Defendant. | Civil Action No. 99-CV-1652 (DSD/SRN)<br>Judge David S. Doty<br>Magistrate Judge Susan Richard Nelson<br>**THIRD STIPULATION TO MODIFY SCHEDULING ORDER** |
| Wood Technology, Inc. Plaintiff, vs. Decade Industries, Inc. d/b/a Sanus Systems Defendant. | Civil Action No. 00-CV-2309 |

**WHEREAS:**

1. The case of Decade Industries, Inc. d/b/a Sanus Systems v. Wood Technology, Inc., Civil Action No. 99-CV-1652, which involves the alleged infringement of U. S. Patent Des. 405, 988, and the case of Wood Technology, Inc. v. Decade Industries, Inc. d/b/a Sanus Systems, Civil Action No. 00-CV-2309, which is an action wherein Wood Technology, Inc. seeks a declaratory judgment that a new product does not infringe U.S. Patent Des. 405, 988, were consolidated by this Court on October 30, 2000.

2. There is a scheduled settlement conference before this Court on July 31, 2001.

FILED JUL 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

3. In light of the pending settlement conference, the resolution of which may substantially impact the character of the cases and perhaps obviate the need to proceed with certain discovery, the parties desire to modify the scheduling order solely with respect to expert dispositions.

**WHEREFORE:**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, acting through their authorized attorneys of record, that:

1. All dates set in the Scheduling Order entered by the Court on April 3, 2001 shall remain the same except that the following shall be amended:

(a) All discovery of any kind shall be commenced in time to be completed by August 10, 2001.

**FAEGRE & BENSON LLP**

DATED: July 16, 2001

By [signature]

David J. F. Gross (#208772)
Lisa Converse (#30136X)
Amy M. Gernon (#0303239)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Attorneys for Defendant

**KINNEY & LANGE**

DATE: July 17, 2001

By [signature]

David R. Fairbairn (No. 28,125)
Michael J. Pape (#26,989X)
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: July 18, 2001

Susan Richard Nelson
Magistrate Judge Susan Richard Nelson

This will be the final extension of time

M2:20399112.01

**Please forward this announcement to the recipient of this fax.**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500